# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANWALJIT SINGH HUNDAL, | NO. EDCV 08-00543-CAS (MAN) |
| Plaintiff, | ORDER ACCEPTING AND ADOPTING FINDINGS, CONCLUSIONS, AND |
| v. | RECOMMENDATIONS OF UNITED STATES |
| J. SALAZAR, et al., | MAGISTRATE JUDGE |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Amended Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Amended Report and Recommendation has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts and adopts the Magistrate Judge's Amended Report and Recommendation.

**IT IS ORDERED** that the Second Amended Complaint is dismissed with leave to amend as follows:

1    (1) all claims against defendant Pruette are dismissed without leave to amend, and he is dismissed from this action;

2    (2) the First Amendment free exercise of religion claim is dismissed without leave to amend;

3    (3) the equal protection claim is dismissed with leave to amend as to all defendants (except for defendant Pruette); and

4    (4) plaintiff is granted leave to file a Third Amended Complaint that is consistent with this Order and the Amended Report and Recommendation, and which adequately sets forth, with supporting factual allegations, plaintiff's equal protection and RLUIPA claims for injunctive and declaratory relief against the remaining defendants, or some of them, in their official capacities.

Plaintiff shall have thirty (30) days from the date of this Order within which to file his Third Amended Complaint, attempting to cure the defects described in the Amended Report and Recommendation. The Third Amended Complaint, if any, shall be complete in itself. It shall not refer in any manner to the original Complaint, the First Amended Complaint, or the Second Amended Complaint. **Plaintiff may not add new claims or defendants without prior leave of court. Fed. R. Civ. P. 15(a).**

**Plaintiff is explicitly cautioned that failure to timely file a Third Amended Complaint may result in a dismissal of this action for**

2

**failure to prosecute and/or for failure to comply with this Court's orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

IT IS SO ORDERED.

DATED:  March 3, 2010 .

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE