# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KANWALJIT SINGH HUNDAL,** | ) NO. EDCV 08-00543-CAS (MAN) |
| Plaintiff, | ) ORDER ACCEPTING AND ADOPTING |
| v. | ) FINDINGS, CONCLUSIONS, AND |
| **HEIDI LACKNER, et al,** | ) RECOMMENDATIONS OF UNITED STATES |
| Defendants. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, defendants' motion to dismiss the Third Amended Complaint ("Motion"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and plaintiff's Objections. The Court has conducted a *de novo* review of those matters to which Objections have been stated in writing. Having completed its review, the Court accepts and adopts the Report.

**IT IS ORDERED** that the Motion is granted, in part, and denied, in part, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as follows:

(1) The equal protection claim alleged in the Third Amended Complaint is dismissed without leave to amend; and

(2) The Motion is denied as to the RLUIPA claim alleged in the Third Amended Complaint.

Defendants shall file and serve an Answer to the Third Amended Complaint, as so amended, within twenty (20) days of this Order.

IT IS SO ORDERED.

DATED: May 20, 2011.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE